# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) C.A. No. 25-3928 |
|---|---|
| Plaintiff-Appellant, | ) D.C. No. 2:25-cr-00154-SPG-1 <br> ) (Central Dist. Cal.) |
| v. | ) |
| MAKSIM ZAITSEV, | ) **GOVERNMENT'S** <br> ) **UNOPPOSED MOTION TO** <br> ) **DISMISS APPEAL** |
| Defendant-Appellee. | ) **VOLUNTARILY;** <br> ) **DECLARATION OF RAHUL R.** <br> ) **A. HARI** |

Plaintiff-Appellant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves to voluntarily dismiss its appeal from the district court's order dismissing the indictment.

///

///

///

The motion is made pursuant to Federal Rule of Appellate Procedure 42(b) and is based on the files and records in this case and the attached declaration of Rahul R. A. Hari. Defendant does not oppose this motion.

Defendant is not in custody. The court reporter is not in default with respect to any designated transcript.

DATED: July 7, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BILAL A. ESSAYLI
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　CHRISTINA T. SHAY
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Chief, Criminal Division

　　　　　　　　　　　　　　　　　　/s/ Rahul R. A. Hari

　　　　　　　　　　　　　　　　　RAHUL R. A. HARI
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　General Crimes Section

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff-Appellant
　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

ii

## DECLARATION OF RAHUL R. A. HARI

I, Rahul R. A. Hari, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and a member of my office's General Crimes Section.

2. The district court granted defendant's motion to dismiss the indictment on May 20, 2025, and entered the order on the docket on May 24, 2025. The government filed a timely notice of appeal on June 23, 2025. The government's opening brief is currently due on October 15, 2025.

3. Upon further review of the case, the government has elected not to pursue its appeal from the district court's order granting defendant's motion to dismiss the indictment.

4. The government has conferred with counsel for defendant, Deputy Federal Public Defender, Ryan F. Shelley, about this motion for voluntary dismissal. Defendant does not oppose.

5. Defendant is not in custody. No court reporter is in default with respect to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 7th day of July 2025, in Los Angeles, California.

*/s/ Rahul R. A. Hari*

RAHUL R. A. HARI
Assistant United States Attorney

2